IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLARENCE WALTER CRAWFORD, | § § § | |
| *Plaintiff*, | § § | 5-21-CV-00007-XR |
| vs. | § § § | |
| KALEB MEYER, CITY OF NEW BRAUNFELS, TEXAS, | § § § § | |
| *Defendants*. | § | |

**ADVISORY OF SETTLEMENT DURING MEDIATION
AND ORDER REGARDING FILING OF DOCUMENTS**

On January 31, 2023, this matter was referred for the purpose of conducting a mediation conference with the parties. *See* Dkt. No. 52. And on March 27, 2023, the undersigned conducted a mediation conference. With the consent of all parties involved, a second mediation conference was held on March 29, 2023. In accordance with Local Civil Rule CV-88(g), the undersigned advises the District Court that this case **did** settle during mediation.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall file a stipulation of dismissal on or before **May 18, 2023**.

**IT IS SO ORDERED**.

SIGNED this 18th day of April, 2023.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE